# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No.  1:14-CR-22-HAB |
| | ) | |
| MARTIN GONZALEZ MEDINA | ) | |

## OPINION AND ORDER

Before the Court is Defendant's Motion for Return of Property (ECF No. 58), requesting the return of various items he alleges were seized by the DEA on April 28, 2014. In its Response (ECF No. 61), the Government asserts that the items were seized by the Fort Wayne Police Department who destroyed all the items on November 15, 2019.

Since the Court cannot order the return of property that no longer exists, Defendant's Motion for Return of Property (ECF No. 58) is DENIED.

SO ORDERED on October 7, 2020.

 s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT